McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Petitioners

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CHARLES DUFF, Revenue Officer, Internal Revenue Service,<br><br>    Petitioners,<br><br>    v.<br><br>DAVID TAM and TAM FRESH CUT PAK, INC.,<br><br>    Respondent.<br>_____ | 2:07-mc-00069-LEW-KJM<br><br>**STIPULATION AND ORDERS RE: MAGISTRATE JUDGE JURISDICTION, AND TAX SUMMONS ENFORCEMENT**<br><br>Taxpayers:<br>DAVID TAM and TAM FRESH CUT PAK, INC. (formerly known as TAM FOODS, INC.) |

    Petitioners, through their undersigned counsel of record, and DAVID TAM, Respondent, hereby stipulate, subject to the approval of the District Judge and the Magistrate Judge, as follows:

    1. In accordance with the provisions of Title 28 U.S.C. Section 636(c), Petitioners, the UNITED STATES OF AMERICA and Revenue Officer CHARLES DUFF, consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial and the entry of final judgment.

    2. In accordance with the provisions of Title 28 U.S.C. Section 636(c), Respondent, DAVID TAM, on behalf of himself and TAM FRESH CUT PAK, INC., consents to have a

1

1  United States Magistrate Judge conduct any and all further proceedings in this case, including
2  trial and the entry of final judgment.
3      3.  The two IRS summonses in suit shall be ENFORCED.
4      4.  DAVID TAM, Respondent, shall appear at 4330 Watt Avenue, Sacramento, CA
5  95821, before Revenue Officer Charles Duff, or his designated representative, on October 15,
6  2007, at 10:00 a.m., then and there to be sworn, to give testimony, and to produce for
7  examining and copying the books, checks, records, papers and other data demanded by the
8  summonses, the examination to continue from day to day until completed.

Dated: September 19, 2007                    McGREGOR W. SCOTT
                                             United States Attorney

                                        By:  /s/ Y. H. T. Himel
                                             YOSHINORI H. T. HIMEL
                                             Assistant U. S. Attorney

Dated: September 19, 2007                    DAVID TAM and TAM FRESH
                                             CUT PAK, INC.

                                        By:  /s/ David Tam
                                             DAVID TAM

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Each of the parties in the above-captioned case has filed a consent to proceed before a United States Magistrate Judge.  See 28 U.S.C. § 636(c).  According to E.D. Cal. LR 73-305, both the district judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and orders that, subject to acceptance of the magistrate judge as provided below, the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

1   IT IS HEREBY ORDERED that any hearing dates currently set before Judge Lew are
2   VACATED.
3   IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to The
4   Honorable KIMBERLY J. MUELLER.  The parties shall please take note that all documents
5   hereafter filed with the Clerk of the Court shall bear case No. 2:07-mc-00069-KJM.

DATED: September 19 , 2007

HONORABLE RONALD S. W. LEW
Senior, U.S. District Court Judge

ORDER ACCEPTING REFERENCE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED:  September 20, 2007.

U.S. MAGISTRATE JUDGE

ORDER APPROVING STIPULATION AND ENFORCING IRS SUMMONSES

It is hereby ORDERED as follows:

1. The stipulation is APPROVED.

2. The two IRS summonses in suit are ENFORCED.

3

3. Respondent, DAVID TAM, shall appear at 4330 Watt Avenue, Sacramento, CA 95821, before Revenue Officer Charles Duff, or his designated representative, on October 15, 2007, at 10:00 a.m., then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summonses, the examination to continue from day to day until completed.

4. Respondent, DAVID TAM, shall no longer be obligated to appear as in paragraph 3, above, if Petitioners have filed with the Court a notice of compliance with this summons enforcement order.

It is SO ORDERED.

DATED: September 20, 2007.

_____
U.S. MAGISTRATE JUDGE